UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: JURY ISSUE | )<br>)<br>)   Civil Action No. 07-mc-505 (RMC)<br>)<br>) |

**ORDER**

This matter comes before the Court on Juror LilliAnn Williams's Motion for an Order to Show Cause requiring the District of Columbia, District of Columbia Public Schools and Principal Cheryl Warley to appear and show cause why they did not violate the Jury System Improvements Act, 28 U.S.C. § 1875, and wrongfully excess Ms. Madison by reason of her jury service. *See* [Dkt. #3] The District of Columbia, D.C. Public Schools ("DCPS"), and Principal Cheryl Warley (collectively, "the District") filed an opposition to Ms. Williams's motion on December 3, 2007, *see* [Dkt. #4], and Ms. Williams did not file a reply in support of her motion. Upon consideration of Ms. Williams's Motion for an Order to Show Cause and the District's opposition, the Court finds that it cannot rule on this record. Accordingly, it is hereby

**ORDERED** that the Motion for an Order to Show Cause [Dkt. #3] is **GRANTED**; and it is

**FURTHER ORDERED** that a status conference be set by the Deputy Clerk of this Court, so that a Show Cause hearing may be scheduled.

**SO ORDERED.**

DATE: December 12, 2007          _____/s/_____
                                                                        ROSEMARY M. COLLYER
                                                                        United States District Judge