UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: JURY ISSUE | )<br>)<br>)   Civil Action No. 07-mc-505 (RMC)<br>)<br>)<br>)<br>) |

## SCHEDULING ORDER

After a scheduling conference held in open Court on December 20, 2007, it is hereby **ORDERED** that:

1. Petitioner LilliAnn Williams shall serve her request for documents on Respondent District of Columbia no later than January 7, 2008.

2. Respondent District of Columbia shall respond to Petitioner's request for documents no later than February 6, 2008.

3. Discovery material shall not be filed with the Court unless so ordered. *See* LCvR 5.2(a).

4. Counsel are expected to conduct themselves in a civil, polite, and professional manner at all times, particularly during discovery. Counsel are referred to LCvR 26.2 and expected to conform fully with its directives. Moreover, counsel are required, under both Fed. R. Civ. P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery dispute before bringing it to the Court's attention. In the event that counsel are unable to resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with the Court. Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

5. A further status conference is scheduled for 4:30 p.m. on February 26, 2008.

6. Counsel are expected to evaluate their respective cases for settlement purposes. Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge. If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

7. This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court. *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**

Date: December 20, 2007

/s/
ROSEMARY M. COLLYER
United States District Judge