# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LILLIAN WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Civil Action No.   07-505 (RMC)** |
| ) | |
| **DISTRICT OF COLUMBIA,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>SCHEDULING ORDER</u>

Pursuant to the scheduling conference held in open Court on April 11, 2008, it is hereby

**ORDERED** that:

1.      The Plaintiff and Defendant shall exchange their respective witness and exhibit lists no later

than May 30, 2008.

2.      All discovery shall be completed, and a Joint Pretrial Statement shall be filed with the Court

in accordance with LCvR 16.5(b), no later than June 9, 2008.

3.      Discovery material shall not be filed with the Court unless so ordered.  *See* LCvR 5.2(a).

4.      Counsel are expected to conduct themselves in a civil, polite, and professional manner at all

times, particularly during discovery.  Counsel are referred to LCvR 26.2 and expected to

conform fully with its directives.  Moreover, counsel are required, under both Fed. R. Civ.

P. 26(f) and LCvR 7.1(m), to confer in good faith in an effort to resolve any discovery

dispute before bringing it to the Court's attention.  In the event that counsel are unable to

resolve a dispute, counsel shall contact chambers to arrange for a telephone conference with

the Court.  Counsel shall not file discovery motions without a prior telephone conference with the Court and opposing counsel.

5.    A two-day Bench Trial is set to commence on June 24, 2008 at 9:30 AM.

6.    Counsel are expected to evaluate their respective cases for settlement purposes.  Submission to alternative dispute resolution, *e.g.*, mediation or neutral evaluation, is encouraged and available by request of the Court at any time, as is a settlement conference before a Magistrate Judge.  If the case settles, in whole or in part, Plaintiff's counsel shall advise this Court by promptly filing a stipulation.

7.    This schedule shall not be modified, even where all parties consent, except upon a showing of good cause and by leave of the Court.  *See* Fed. R. Civ. P. 16(b); LCvR 16.4(b).

**SO ORDERED.**


Date: April 15, 2008                         _____/s/_____
                                             ROSEMARY M. COLLYER
                                             United States District Judge

2