**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **LILLIANN WILLIAMS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:07-mc-505** |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**JOINT PRE-TRIAL STATEMENT**

The Parties hereby submit the following joint pre-trial statement in advance of the June

24, 2008, bench trial scheduled in the above-captioned matter.

**I.       Statement of the Case**

Plaintiff LilliAnn Williams brought this action against the District of Columbia Public

Schools ("DCPS") pursuant to the Jury System Improvements Act, 28 U.S.C. § 1875 ("Juror

Act").  Ms. Williams claims that she was subjected to intimidation and coercion by DCPS, and

ultimately suffered a change in working conditions, in retaliation for her absence from work due

to her service on the jury in the four-month long trial in the *United States v. Gooch* matter.

The District: Ms. Williams was employed as a counselor at J.O. Wilson Elementary

School, when, in early 2007, she was chosen to serve on a jury in a federal case. She continued

to receive her full pay and benefits during her jury service. In February of 2007, as a result of a

drop in enrollment, J.O. Wilson's budget was reduced and, as a result, the school was required to

reduce expenditures. The school's Local School Restructuring Team ("LSRT") unanimously

recommended (and DCPS approved) the elimination of the guidance-counselor position at J.O.

Wilson, after a careful review of the needs of the students and the school as a whole, in light of

the reduced budget mandated by DCPS. After the completion of the school year, Ms. Williams

was transferred (as a guidance counselor) to another elementary school with no loss of pay,

seniority, or any other employment benefit.

This Court has jurisdiction over this action pursuant to section 1875(d)(1) of the Juror

Act.  According to § 1875(d)(1), "[a]n individual claiming that his employer violated the

provisions of [the Juror Act] may make application to the district court for the district in which

such employer maintains a place of business . . . ."  28 U.S.C. § 1875(d)(1).

## II.    Statement of Claims Made by Ms. Williams

Ms. Williams claims that Defendant's acts of coercion and intimidation, which included a

change in working conditions, by reason of her jury service violated the Juror Act.

## III.    Statement of Defenses Raised by the District of Columbia

The decision to excess the counselor position at J.O. Wilson was not related in any way

to Ms. Williams' jury service. The District here complied at all times with local and federal law,

and with the Constitution.

## IV.    Schedule of Witnesses

### A.    Schedule of Witnesses for Ms. Williams

The following witnesses will be called to testify in Ms. Williams' case-in-chief:

1. *Ms. LilliAnn Williams*, 509 T Street, NW, Washington D.C. 20001.  Ms. Williams
   will testify about her employment history at J. O. Wilson Elementary School, her
   service on the Gooch jury and the adverse effect that her jury service had on her
   employment at J. O. Wilson Elementary School.  Her direct testimony is expected
   to last approximately 1.5 hours.

2. *Mr. Lester Chance*, 5006 14th Street, NW, Washington D.C. 20017.  Mr. Chance

   will testify about his failure to be chosen as a juror for the Gooch trial and his

   subsequent interactions with Principal Warley regarding his experience in jury

   selection and Mr. Williams' selection as a juror.  His direct testimony is expected

   to last approximately 30 minutes.

3. *Ms. Carleen Coker*, address unknown (witness to be made available by District of

   Columbia).  Ms. Coker is expected to testify about comments made by Principal

   Warley in a staff meeting relating to Ms. Williams' jury service.  Her direct

   testimony is expected to last approximately 15 minutes.

4. *Ms. Mary Washington*, address unknown (witness to be made available by the

   District of Columbia).  Ms. Washington is expected to testify about comments

   made by Principal Warley in a staff meeting relating to Ms. Williams' jury

   service.  Her direct testimony is expected to last approximately 15 minutes.

5. *Ms. Hope Witherspoon*, address unknown (witness to be made available by

   District of Columbia).  Ms. Witherspoon is expected to testify about interactions

   she personally witnessed between Principal Warley and Ms. Williams following

   Ms. Williams' jury service.  Her testimony is expected to last approximately 15

   minutes.

6. *Ms. Regina Weathersby*, address unknown (witness to be made available by

   District of Columbia).  Ms. Weathersby will testify about the LSRT generally,

   and more specifically about the composition of the 2006-2007 LSRT, the

   guidelines governing the creation and actions of the LSRT, and the LSRT's

decision to recommend excessing Ms. Williams.  Ms. Weathersby's testimony is expected to last approximately 1 hour.

7. *Ms. Tamy Holder*, 1318 Queen Street, NE, Washington DC 20002.  Ms. Holder will testify regarding her experience as a member of the LSRT for the 2006-2007 school year.  Ms. Holder's testimony is expected to last approximately 15 minutes.

8. *Ms. Elizabeth Long*, 1319 Alberta Dr., Forestville, MD 20747.  Ms. Long will testify regarding the process by which she was notified of being excessed from J.O. Wilson Elementary School.  Her testimony is expected to last approximately 10 minutes.

The following witnesses may be called as a rebuttal witness:

9. *Ms. Marion Lomax Scott*, 1406 Ridge Place, SE, Washington, D.C. 20020.  Ms. Scott will testify regarding her interactions with Principal Warley and the process by which other J.O. Wilson employees were notified of their excessing.  Her testimony is expected to last approximately 30 minutes.

10. *Dr. Rebecca Harlan*, 616 Geranium St, NW, Washington DC 20012.  Dr. Harlan will testify about her interactions with Principal Warley as they related to Ms. Williams' jury duty and the SST process that Principal Warley claims was not completed correctly by Ms. Williams.

B.     **Schedule of Witnesses for the Defendant**

 *Expects to present:*

1. <u>Cheryl Warley</u>, Principal, J.O. Wilson Elementary School. Ms. Warley will be called to testify about Ms. Williams' employment at J.O. Wilson, the decision to excess the counselor position at the school, and . One to two hours.

2. <u>Francisco Millet</u>, Assistant Superintendent, Cluster III, DCPS. Mr. Millet will be called to testify about J.O. Wilson, the DCPS budget process and "excessing," and the role of LSRTs. One to two hours.

3. <u>Regina Weathersby</u>, teacher, J.O. Wilson ES, and elected LSRT Chair. Ms. Weathersby will be called to testify about the composition and operation of the LSRT, and the decision to excess the counselor position at J.O. Wilson. One hour or less.

## V.    Exhibits

### A.    Schedule of Exhibits for Ms. Williams

The following are the exhibits expected to be offered in support of Ms. Williams' case-in-chief (except where otherwise noted):

1. Summons for Jury Service to LilliAnn Williams

2. 2/12/07 Letter from Jury Office to Employer

3. February 2007 Sign In / Sign Out Sheet

4. 2005-2006 Evaluation of LilliAnn Williams

5. 6/14/07 VOIDED Evaluation of LilliAnn Williams

6. 9/13/2006 LSRT Planning Process Slides

7. 2/27/07 LSRT Meeting Agenda

8. 2/27/07 LSRT Meeting Minutes

9.  2/28/07 LSRT Meeting Agenda

10. 2/28/07 LSRT Meeting Minutes

11. 3/6/07 LSRT Meeting Sign-In Sheet

12. 3/6/07 LSRT Meeting Minutes

13. 3/7/07 LSRT Meeting Sign-In Sheet

14. 3/7/07 LSRT Meeting Minutes

15. 6/11/07 Excess Teacher Memorandum to All Principals

16. 8/6/07 Reassignment Letter to LilliAnn Williams

17. WTU/DCPS Collective Bargaining Agreement

18. 2007 and 2008 J.O. Wilson Enrollment Statistics

19. District of Columbia's Responses to Petitioner's Interrogatories and Supplemental Responses (not to be offered into evidence)

20. Budget Development and Staffing Guide 2006-2007

21. Statement of Lester Chance (not to be offered into evidence)

22. LSRT Planning Guide - Revised August 2004

23. Roster of LSRT Members for SY 2006-2007

24. 8/3/05 Letter from Scott with Fax Cover and Confirmation

B.    **Schedule of Exhibits for the District of Columbia**

1.  Declaration of Cheryl Warley, Dec. 3, 2007

2.  Declaration of Francisco Millet, Nov. 29, 2007

3.  The District of Columbia's Responses to Petitioner's Interrogatories, Apr. 9, 2008

4.  The District of Columbia's Responses to Petitioner's Interrogatories, Apr. 11, 2008

5. "Copy of Excess Positions-Persons by School - 6 4 07 v2 (2).xls," produced Apr. 11, 2008

6. Letter, Aug. 6, 2007, from DCPS to Lillian Williams-Jackson re: reassignment

7. E-mail, May 21, 2008, from AJS to G. Kauffman re: supplementary interrogatory response

8. "Keeping Our Promise to the District's Children," Sept. 13, 2006 (PowerPoint presentation).

9. DCPS Budget Development and Staffing Guide, School Year 2006–2007, Reconciliation.

10. Minutes, LSRT Meeting, J.O. Wilson Elementary School, Feb. 27, 2007.

11. Minutes, LSRT Meeting, J.O. Wilson Elementary School, Feb. 28, 2007.

12. Minutes, LSRT Meeting, J.O. Wilson Elementary School, Mar. 6, 2007.

13. Minutes, LSRT Meeting, J.O. Wilson Elementary School, Mar. 7, 2007.

14. Wilson JO BUDGET 2006 – 2007 Final, Feb. 4, 2008 (9 pp.).

15. New Budget, JO WILSON ES (2007–2008), Mar. 7, 2007 (9 pp.).

16. DCPS, "Local School Restructuring Team," SY 2006–2007 (undated).

17. DCPS Professional Performance Evaluation Process, Annual Evaluation Form SY 2006 – 2007 re: Dr. Lilliann Jackson, Jun. 14, 2007.

## VI.    Deposition Designations

The parties did not take depositions in this matter.

## VII.   Itemization of Damages

Ms. Williams is not seeking any monetary damages.

**VIII.   Other Relief Sought by Ms. Williams**

Ms. Williams also seeks the following relief:

1.  Reinstatement to her position as guidance counselor at J.O. Wilson Elementary

    School;

2.  An Order enjoining the District of Columbia Public Schools and Principal Warley

    from further Juror Act violations as to Ms. Williams;

3.  An Order imposing a civil fine upon DCPS in accordance with Section (b)(3) of

    the Juror Act; and

4.  Attorney's fees and costs.

Date:  June 9, 2008                                     Respectfully submitted,


 /s/ Gregory S. Kaufman                                 PETER J. NICKLES
Hamilton P. Fox, III (D.C. Bar No. 113050)              Interim Attorney General for the District of
Gregory S. Kaufman (D.C. Bar No. 464208)               Columbia
Kerry B. Verdi (D.C. Bar No. 478486)
Sutherland Asbill & Brennan LLP                         GEORGE C. VALENTINE
1275 Pennsylvania Ave., NW                              Deputy Attorney General, Civil Litigation
Washington, D.C. 20004                                  Division
Tel. No. (202) 383-0100
Fax No. (202) 637-3593                                  /s/ Ellen A. Efros
                                                        ELLEN A. EFROS, D.C. Bar No. 250746
                                                        Chief, Equity Section I
                                                        441 Fourth Street, N.W., 6th Floor South
                                                        Washington, D.C. 20001
                                                        Telephone: (202) 442-9886
                                                        Facsimile: (202) 727-0431

                                                        /s/ Andrew J. Saindon
                                                        ANDREW J. SAINDON, D.C. Bar No.
                                                        456987
                                                        Assistant Attorney General
                                                        Equity Section I
                                                        441 Fourth Street, N.W., 6th Floor South
                                                        Washington, D.C. 20001
                                                        Telephone: (202) 724-6643
                                                        Facsimile: (202) 727-0431
                                                        E-mail: andy.saindon@dc.gov